YVONNE M. SHAMANSKI v. HOWARD GRABELLE, M.D.

July 11, 1986.

Petition for certification denied.

SUKETU H. NANAVATI, M.D. v. BURDETTE TOMLIN
MEMORIAL HOSPITAL.

July 11, 1986.

Petition for certification granted.

THE R.C. MAXWELL COMPANY v. PINELANDS COMMISSION
AND NEW JERSEY EXPRESSWAY AUTHORITY.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS MCFADDEN.

July 11, 1986.

Petition for certification denied.